IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1)   CHRISTINA TABOR, | ) | |
| | ) | |
|        Plaintiff | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | |
| | ) | 6:14-cv-00467-KEW |
| (1)   STATE OF OKLAHOMA | ) | |
| ex. rel. BOARD OF REGENTS OF | ) | |
| MURRAY STATE COLLEGE, | ) | |
| (2)   MURRAY STATE COLLEGE, | ) | |
| | ) | |
|        Defendants | ) | |

## UNOPPOSED MOTION TO REOPEN CAUSE TO COMPLETE SETTLEMENT

Plaintiff respectfully submits this Unopposed Motion to Reopen Cause to Complete Settlement. In support of this Motion, the Plaintiff shows the Court as follows:

1. The Parties have reached a settlement and compromise in this matter. Accordingly, the Court entered Judgment Dismissing Action by Reason of Settlement in the above-referenced case on February 19, 2015. (Document No. 17) Per the terms of the Judgment, the Parties have until March 21, 2015 to reopen the case upon cause shown that settlement has not been completed.

2. The parties have in their possession the executed settlement agreement. However, due to travel and closing of offices the week of March 16, 2015 [Spring Break], the settlement monies could not be transferred prior to the deadline.

3. The parties seek an additional week in which to complete settlement, or until March 27, 2015.

4. Counsel for Defendant, presently out of town, does not oppose this motion.

WHEREFORE Plaintiff respectfully requests that this Court enter an Order reopening this cause an additional week, or until March 27, 2015.

                          Respectfully submitted,

                          S/Jeff Taylor
                          Jeff A. Taylor
                          State Bar No. 17210
                          The Offices at Deep Fork Creek
                          5613 N. Classen Blvd.
                          Oklahoma City, OK  73118
                          Telephone:   (405) 286-1600
                          Facsimile:    (405) 842-6132

                          ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March 2015, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the registrant:

                          s/Jeff Taylor
                          Jeff Taylor